UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

-----------------------------------------------------------------x
| | | |
|---|---|---|
| RUTH LENTZ, Individually and On Behalf of All Others Similarly Situated, | : | Civ. Action No. 3:05-CV-0100-D (Consolidated with |
| | : | Civil Action No. 3:05-CV-0142-D |
| Plaintiff, | : | Civil Action No. 3:05-CV-0157-D |
| vs. | : | Civil Action No. 3:05-CV-0184-D |
| | : | Civil Action No. 3:05-CV-0203-D |
| CITADEL SECURITY SOFTWARE INC., | : | Civil Action No. 3:05-CV-0297-D |
| et al., | : | and |
| | : | Civil Action No. 3:05-CV-0488-D) |
| Defendants. | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| HANS J. BAIER, derivatively on behalf of Nominal Defendant, CITADEL SECURITY SOFTWARE, INC., | : | |
| Plaintiff, | : | |
| vs. | : | |
| STEVEN B. SOLOMON, RICHARD CONNELLY, CHRIS A. ECONOMOU, | : | Civil Action No 3:05-CV-0846-D |
| Defendants, | : | |
| And | : | |
| CITADEL SECURITY SOFTWARE, INC. | : | |
| Nominal Defendant | : | |

-----------------------------------------------------------------x

**UNOPPOSED MOTION FOR FINAL APPROVAL OF THE
PROPOSED SETTLEMENT AND PLAN OF ALLOCATION, AND
<u>AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES</u>**

Plaintiffs in the above-captioned actions respectfully move this court for 1) final approval of the proposed settlement set forth in the Stipulation of Settlement, filed with this Court on September 19, 2006, 2) an award of attorneys' fees in the amount of $583,333.33 plus pro rata interest earned thereon; and 3) reimbursement of $93,696.86 in expenses. Plaintiffs submit herewith 1) the Motion of file an Oversized Brief, which is the Memorandum of Law in Support of Final Approval and the Proposed Settlement and Plan of Allocation; 2) the Memorandum of Law in Support an Award of Attorneys' Fees and Reimbursement of Expenses, 3) the Declaration of Lawrence D. McCabe, in support of this motion, and 4) the Affidavit of Paul Mulholland, in further support.

As this Court has already ordered in its September 26, 2006 preliminary order, the hearing on the above matters shall take place on December 15, 2006.

DATED: December 5, 2006.

    /s/ Lawrence D. McCabe
Lawrence D. McCabe
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

- and -

        Joseph M. Sternberg
        Beth Hoffman
        LABATON SUCHAROW
         & RUDOFF LLP
        100 Park Avenue
        New York, NY 10017
        Telephone: (212) 907-0700
        Facsimile: (212) 818-0477

        **Class Counsel**

        Randall K. Pulliam
        BARON & BUDD, P.C.
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, TX 75219-4281
        Telephone: (214) 521-3605
        Facsimile: (214) 520-1181

        **Liaison Class Counsel**

        William B. Federman
        FEDERMAN & SHERWOOD
        120 N. Robinson, Suite 2720
        Oklahoma City, OK 73102
        Telephone:    (405) 235-1560
        Facsimile:    (405) 239-2112

            -and-

        2926 Maple Avenue, Suite 200
        Dallas, TX 75201

        **Derivative Counsel**

## CERTIFICATE OF CONFERENCE

      On December 1, 2006, I communicated with Carrie L. Huff, counsel for Defendants, who indicated that Defendants did not oppose the filing of these documents.

                /s/ Randall K. Pulliam

**CERTIFICATE OF SERVICE**

      On December 5, 2006, all counsel of record were served electronically with this document, and all accompanying documents submitted herewith, on the date of filing pursuant to the Court's Standing Order Designating Case for Enrollment in the Electronic Case Files "ECF" System.

                                           /s/ Lawrence D. McCabe   .