IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

------------------------------ x
                                        )
RUTH LENTZ, Individually and On Behalf of  )   CIVIL ACTION NO. 3:05-CV-0100-D
All Others Similarly Situated,                    )   (Consolidated with
                                       )   Civil Action No. 3:05-CV-0142-D
                      Plaintiff,    )   Civil Action No. 3:05-CV-0157-D
                                       )   Civil Action No. 3:05-CV-0184-D
              – vs.–                 )   Civil Action No. 3:05-CV-0203-D
                                       )   Civil Action No. 3:05-CV-2097-D
CITADEL SECURITY SOFTWARE INC., et  )   and
al.                                          )   Civil Action No. 3:05-CV-0488-D)
                                       )
              Defendants.   )
------------------------------ x

## MOTION OF LEAD PLAINTIFF FOR AN ORDER AUTHORIZING DISTRIBUTION OF NET SETTLEMENT FUND, INCLUSION OF LATE CLAIMS, PAYMENT OF FEES AND EXPENSES FOR CLAIMS ADMINISTRATION AND DONATION OF ANY RESIDUAL BALANCE

Plaintiff Citadel Investors Group (consisting of Timothy M. Turose and Elaine Turose, Lee Waters, and Howard Dayton) hereby moves this Court for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure: (a) authorizing the distribution of the Net Settlement Fund to Authorized Claimants, including certain late claimants, in accordance with the recommendation of the Claims Administrator; (b) authorizing the Claims Administrator to deem as timely otherwise eligible claims that were submitted with postmarks later than the January 4, 2007 deadline and directing that no claims received after November 9, 2007 be accepted; (c) authorizing the payment of fees and the reimbursement of expenses to the Claims Administrator in the amount of $103,894.01, for its work in providing notice to the Class and administering the claims process, including estimated fees and expenses to be incurred in connection with the

preparation and mailing of checks to the Authorized Claimants; and (d) authorizing the donation of any residual, unclaimed balance of the Net Settlement Fund to the Institute for Law and Economic Policy, a private, non-sectarian, not-for-profit corporation with Internal Revenue Code §501 (c) (3) tax deductible status. Submitted in support of the motion is an Appendix containing the declaration of Joseph Sternberg with annexed exhibit, the affidavit of Paul Mulholland, sworn to November 9, 2007, with exhibits annexed thereto, and the accompanying Lead Plaintiff's Brief in Support of Motion to Authorize Distribution of Net Settlement Fund, Inclusion of Late Claims, Payment of Fees and Expenses for Claims Administration, and Donation of Any Residual Balance.

Dated: December 18, 2007

Respectfully submitted,

LABATON SUCHAROW, LLP

By: /s/ Joseph Sternberg
Joseph Sternberg

140 Broadway
New York, N.Y. 10005
Telephone: (212) 907-0700
Telecopier: (212) 818-0477

MURRAY, FRANK & SAILER LLP
Marvin L. Frank
Lawrence D. McCabe
Gregory B. Linkh
275 Madison Ave, Suite 801
New York, New York 10016
Telephone: (212) 682-1818
Telecopier: (212) 682-1892

Class Counsel

BARON & BUDD, P.C.
Lance Pool
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 521-3605
Telecopier: (214) 520-1181

Liason Class Counsel

685652 v1
[12/4/2007 13:04]