ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 10 2008
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

------------------------------- x
                                )
RUTH LENTZ, Individually and On Behalf of  )   CIVIL ACTION NO. 3:05-CV-0100-D
All Others Similarly Situated,  )   (Consolidated with
                                )   Civil Action No. 3:05-CV-0142-D
        Plaintiff,              )   Civil Action No. 3:05-CV-0157-D
                                )   Civil Action No. 3:05-CV-0184-D
        – vs.–                  )   Civil Action No. 3:05-CV-0203-D
                                )   Civil Action No. 3:05-CV-2097-D
CITADEL SECURITY SOFTWARE INC., et  )   and
al.                             )   Civil Action No. 3:05-CV-0488-D)
                                )
        Defendants.             )
                                )
                                )
------------------------------- x

## ORDER

Class Counsel, having moved for an order: (a) authorizing the distribution of the Net Settlement Fund to Authorized Claimants, including certain late claimants, in accordance with the recommendation of the Claims Administrator; (b) authorizing the Claims Administrator to deem as timely otherwise eligible claims that were submitted with postmarks later than January 4, 2007 and received on or before November 9, 2007; (c) authorizing the payment of fees and the reimbursement of expenses to the Claims Administrator in the amount of $103,894.01, for its work in providing notice to the Class and administering the claims process, including estimated fees and expenses to be incurred in connection with the preparation and mailing of checks to the Authorized Claimants; and (d) authorizing the donation of any residual, unclaimed balance of the Net Settlement Fund to the Institute for Law and Economic Policy, a private, non-sectarian, not-for-profit corporation with Internal Revenue Code §501(c)(3) tax deductible status; and the Court

having read and considered the Motion and the papers submitted in support thereof, and due consideration having being had thereon, it is ordered as follows:

1. Class Counsel are directed to pay to the Claims Administrator, Strategic Claims Services ("SCS"), $103,894.01 out of the Settlement Fund for its work and disbursements in providing notice to the Class and administering the claims process, including preparing and mailing checks to the Authorized Claimants for their share of the Net Settlement Fund. The balance remaining in the Settlement Fund following the payment to SCS authorized in this paragraph shall constitute the Net Settlement Fund.

2. Class Counsel and SCS are authorized and directed to deem as timely the otherwise eligible claims submitted with postmarks later than January 4, 2007 as set forth in Exhibit D-1 to the Affidavit of Paul Mulholland, sworn to November 9, 2007 (the "Mulholland Affidavit") and submitted in support of the motion. It is further ordered that no claims received after November 9, 2007 may be deemed timely and no part of the Net Settlement Fund shall be paid to any Claimant whose claim was not received by SCS on or before November 9, 2007.

3. Class Counsel and SCS are authorized and directed to distribute the Net Settlement Fund to Authorized Claimants, including the late claimants whose claims SCS is authorized to deem as timely pursuant to this Order, in accordance with the Schedule annexed as Exhibit D to the Mulholland Affidavit.

4. In the event that there is an unclaimed balance in the Net Settlement Fund 6 months after the initial distribution of the Net Settlement Fund to Authorized Claimants and, in the further event that such unclaimed balance is not sufficiently large to make it economically feasible to distribute said unclaimed balance in accordance with the percentage interests of Authorized Claimants, as set forth in Exhibit D to the Mulholland Affidavit, Class Counsel and

SCS are authorized and directed to pay such unclaimed balance to the Institute for Law and Economic Policy.

**SO ORDERED.**

Dated: January 10, 2008

_____<br>
Sidney A. Fitzwater<br>
United States District Judge

686992 v1
[11/30/2007 20:01]